NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3048

TAMILIO P. FEA,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

Petition for review of the Merit Systems Protection Board
in DC0752080398-I-1.

ON MOTION

Before NEWMAN, Circuit Judge.

ORDER

Tamilio P. Fea moves without opposition for a 60-day extension of time, until July 6, 2009, to file his opening brief. Counsel for Fea moves without opposition for leave to withdraw as counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

MAY 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 8 2009

JAN HORBALY
CLERK

cc: Ariel E. Solomon, Esq.
Allison Kidd-Miller, Esq.
s8